**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**DISTRICT OF MINNESOTA**

Case number (if known): _____   Chapter **7**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Koerbitz Ventures, LLC** |
| 2. | All other names debtor used in the last 8 years | **dba Jax & Henley** |
| | Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer Identification Number (EIN)

**4   6** – **5   6   3   5   7   9   0**

4. Debtor's address

**Principal place of business**

**2107 150th Ave NW**
Number     Street

**Andover**        **MN**    **55304**
City            State   ZIP Code

**Anoka**
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City            State   ZIP Code

**Location of principal assets, if different from principal place of business**

**1595 MN-36**
Number     Street

**Roseville Center**

City            State   ZIP Code

5. Debtor's website (URL)

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor  **Koerbitz Ventures, LLC**                                         Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒  Chapter 7
☐  Chapter 9
☐  Chapter 11.   *Check all that apply:*

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor  **Koerbitz Ventures, LLC**_____   Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Koerbitz Ventures, LLC**_____  Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  **There are two Mall Store Fronts with inventory in each store.  One in Mir**

**Where is the property?**     _____
Number      Street

_____
_____
City                    State      ZIP Code

**Is the property insured?**

☐ No

☑ Yes.  Insurance agency  **Hanover Insurance (Property/Liability)**

Contact name  **Holly Sens**

Phone  **507-386-2018**

## ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Koerbitz Ventures, LLC**                                    Case number (if known) _____

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/28/2023**
MM / DD / YYYY

X  **/s/ Connor Koerbitz**
Signature of authorized representative of debtor
**Connor Koerbitz**
Printed name
**Chief Manager/President**
Title

**18.  Signature of attorney**

X  **/s/ Brea A. Buettner-Stanchfield**                Date  **12/28/2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Brea A. Buettner-Stanchfield**
Printed name
**Buettner Law Group, LLC**
Firm name
**2828 University Ave SE**
Number        Street
**STE 202**

**Minneapolis**                               **MN**        **55414**
City                                          State       ZIP Code

_____          **babuettner@buettnerlawgroup.com**
Contact phone                                 Email address
**0388920**                                   **MN**
Bar number                                    State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Koerbitz Ventures, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                                          **Current value of debtor's interest**

2. **Cash on hand**                                                                              _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

   3.1. **Checking account: Wells Fargo Analyzed Business Checking**

   | There are several outstanding checks that have yet to cash. | Checking account | 5 | 8 | 1 | 0 | $18,122.52 |
   |---|---|---|---|---|---|---|
   | 3.2. Choice Bank Checking | Checking account | 6 | 1 | 8 | 5 | $42.00 |

4. **Other cash equivalents**     *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $18,164.52

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor   **Koerbitz Ventures, LLC**_____   Case number (if known) _____
Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | **Rosedale Deposit** | **$1,000.00** |
|---|---|---|
| 7.2. | **Dakota Square Mall CMBS, LLC Deposit** | **$500.00** |
| 7.3. | **Amazon Account** **Fashon_Outlet** | **$890.99** |

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$2,390.99**

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11.   Accounts receivable**

11a. 90 days old or less: _____ – _____ = ............. ➔ _____
face amount   doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ............. ➔ _____
face amount   doubtful or uncollectible accounts

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$0.00**

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:   % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.   Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

**$0.00**

Debtor    **Koerbitz Ventures, LLC**                                  Case number (if known) _____
                Name

## Part 5:    Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐  No.  Go to Part 6.
☑  Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| **Inventory at Roseville Store:**<br>**Jax & Henley**<br>**1595 MN-36**<br>**Roseville Center**<br>**Suite #635**<br>**Roseville MN, 55113** | | | | |
| **Clothing Inventory: Detailed Inventory Spreadsheet available upon request.** | | | **Total Cost** | $42,186.18 |
| **Inventory at the Minot, ND Store Detailed Inventory List available upond request**<br><br>**Jax & Henley**<br>**2400 10th Street SW**<br>**Suite 228**<br>**Minot, ND 58701** | | | **Total Cost** | $61,623.94 |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5**                                                                                              $103,810.12
      Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
      ☑  No
      ☐  Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☐  No
      ☑  Yes.  Book value    **$192.00**    Valuation method    **Wholesale**    Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☑  No
      ☐  Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
      ☑  No.  Go to Part 7.
      ☐  Yes.  Fill in the information below.

Debtor    **Koerbitz Ventures, LLC**_____    Case number (if known) _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops--either planted or harvested**

**29. Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment**  (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.    | $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

**Normal and Ordinary furniture and fixtures at both the Rosedale and Minot Stores**

**Estimated Total Mannequins: 25**
**Racking**
**Tables**
**Basic Office Supplies**
**Floral Decors**
**Mini Fridge**
**Clothes Hangers**    | | | $4,000.00 |

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

Debtor    __Koerbitz Ventures, LLC_____    Case number (if known) _____
          Name

**Four Computers**
**Two Phones**

**Computers and Phones were taken from the**
**storefronts to be wiped clean.  They are located**
**at 2107  Ave NW, Andover MN 55304 and will be**
**turned over upon request.**                                                    _____    _____    $500.00

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
    or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                         $4,500.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**
    **machinery and equipment)**

51. **Total of Part 8.**                                                         $0.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    ☒ No.  Go to Part 10.
    ☐ Yes.  Fill in the information below.

| Debtor | **Koerbitz Ventures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Debtor      **Koerbitz Ventures, LLC**                                        Case number (if known) _____
            _____
            Name

|  |  | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **Suits owned by onward USA** <br> **20 suit coats and 20 pants** | **$3,000.00** |
|---|---|

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.    **$3,000.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Koerbitz Ventures, LLC**                                    Case number (if known) _____
            Name

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $18,164.52 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,390.99 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $103,810.12 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9* .................................................➔ | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $3,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | $131,865.63 | + 91b. $0.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ..................................................................................  $131,865.63

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  **Koerbitz Ventures, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

☐ Check if this is an
   amended filing

**Official Form 206D**

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

---

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>that supports<br>this claim |
|---|---|---|

**2.1**

| Creditor's name<br>**Onward USA** | Describe debtor's property that is<br>subject to a lien | $0.00 | $3,000.00 |
|---|---|---|---|

Creditor's mailing address
**8 West 38th Street**

**Suits**

**Second Floor**

Describe the lien

**Collateral**

**New York      NY    10018**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred      **June 2021**

Last 4 digits of account
number       ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

**Do multiple creditors have an interest in
the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this
   creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.**

   $0.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor      **Koerbitz Ventures, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑  No.  Go to Part 2.
☐  Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account
number**   ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)( _____ )

| Debtor | **Koerbitz Ventures, LLC** | Case number (if known) | _____ |
|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express**

**P.O. Box 981537**

_____

| **El Paso** | **TX** | **79998** |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   **3  0  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$61,198.00**

---

**3.2** Nonpriority creditor's name and mailing address

**AT&T Mobility**

**P.O. Box 6438**

**Carol Stream, IL**

**60197-6438**

Date or dates debt was incurred   _____

Last 4 digits of account number   **4  6  2  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Cell Phone Bill**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.3** Nonpriority creditor's name and mailing address

**Caitlyn Quamme**

**316 N 5th St**

**Bismark, ND 581501**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Lawsuit Settlement**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,500.00**

**Check was mailed to her attorney on 12/26/2023.  Creditor Listed in the event checking account is suspended with the bankruptcy filing.**

---

**3.4** Nonpriority creditor's name and mailing address

**Choice Bank**

**4501 23rd Ave S Fargo**

_____

| **Fargo** | **ND** | **58104** |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   **7  9  4  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

Is the claim subject to offset?
☒ No
☐ Yes

**$36,548.00**

---

| Debtor | **Koerbitz Ventures, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.5** **Nonpriority creditor's name and mailing address**

**Comcast Business**

**PO BOX 60533**

**City of Industry        CA      91716**

Date or dates debt was incurred

Last 4 digits of account number        6    1    3    6

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$434.62**

---

**3.6** **Nonpriority creditor's name and mailing address**

**Conner Korbitz**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Owner helped cover payroll in November**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Expense Reimbursment owed**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,028.92**

---

**3.7** **Nonpriority creditor's name and mailing address**

**DEX BLACK TAPE**

**75 Remitance Drive Dept 6555**

**Chicago        IL      60675-6555**

Date or dates debt was incurred

Last 4 digits of account number        X    0    2    0

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Booking**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,507.00**

---

**3.8** **Nonpriority creditor's name and mailing address**

**Faire**

**100 Potrero Ave**

**San Francisco        CA      94103**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,875.92**

---

| Debtor | **Koerbitz Ventures, LLC** | Case number (if known) | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

As of the petition filing date, the claim is: *Check all that apply.*

**Kellwood Company**

**13071 East Temple Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,226.37**

**City of Industry          CA     91746**

Basis for the claim:

**Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number        **4   9   1   6**

☑ No
☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

As of the petition filing date, the claim is: *Check all that apply.*

**Kim Koerbitz**

**2107 150th Ave NW**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,233.28**

**Andover              MN     55304**

Basis for the claim:

**Expenses Owed**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number        __  __  __  __

☑ No
☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

As of the petition filing date, the claim is: *Check all that apply.*

**Minnehaha Building Maintenance Inc**

**1200 Centre Pointe Curve #350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$84.53**

**Mendota Heights        MN     55120**

Basis for the claim:

**Utilites**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number        **8   4   0   7**

☑ No
☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

As of the petition filing date, the claim is: *Check all that apply.*

**Montana Dakota Utilites**

**PO BOX 7608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Boise            ID     83707**

Basis for the claim:

**Utilities**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number        **4   6   3   2**

☑ No
☐ Yes

| Debtor | **Koerbitz Ventures, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.13** Nonpriority creditor's name and mailing address

PARC Packaging

2853 Dawn Rd

Jacksonville          FL     32207

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Non-Purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

**$2,946.00**

**3.14** Nonpriority creditor's name and mailing address

Playnetwork

2100 S 35 Frontage Rd

STE 201

Austin          TX     78704

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

**$40.00**

**3.15** Nonpriority creditor's name and mailing address

Precision Waste

PO BOX 18856

Shreveport          LA     71138

Date or dates debt was incurred

Last 4 digits of account number   0   2   2   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Utilites

Is the claim subject to offset?
☑ No
☐ Yes

**$370.46**

**3.16** Nonpriority creditor's name and mailing address

SRT Communications

PO BOX 2027

Minot          ND     58702

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Utility

Is the claim subject to offset?
☑ No
☐ Yes

**$49.95**

| Debtor | **Koerbitz Ventures, LLC** | Case number (if known) | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** Nonpriority creditor's name and mailing address

**U.S. Small Business Administration**
**P.O. Box 3918**
**Portland, OR 97208-3918.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Date or dates debt was incurred

Last 4 digits of account number   7   2   1   0

Is the claim subject to offset?
☒ No
☐ Yes

**$145,023.00**

**3.18** Nonpriority creditor's name and mailing address

**U.S. Small Business Administration**
**P.O. Box 3918**
**Portland, OR 97208-3918.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Date or dates debt was incurred

Last 4 digits of account number   9   1   1   0

Is the claim subject to offset?
☒ No
☐ Yes

**$391,899.00**

**3.19** Nonpriority creditor's name and mailing address

**Verendrye Electric**
**615 Highway 52 West**

**Velva       ND    58790**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilites**

Date or dates debt was incurred

Last 4 digits of account number   3   6   0   0

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.20** Nonpriority creditor's name and mailing address

**Vogel Law Firm**
**200 N 3rd Street**
**Suite 201**
**PO BOX 2097**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorney Fees**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**$9,354.00**

| Debtor | Koerbitz Ventures, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**Wells Fargo**

**Crdt Buru Dispute Resolution**

**PO BOX 14517**

**Des Moines**      **IA**      **50306**

Date or dates debt was incurred

Last 4 digits of account number    **4**   **3**   **7**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$30,162.00**

---

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**Wells Fargo Processing**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Card Processing**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$10.00**

---

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**Wells Fargo Processing**

**PO BOX 6600**

**Hagerstown**      **MD**      **21741-6600**

Date or dates debt was incurred

Last 4 digits of account number    **1**   **9**   **9**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Credit Card Processing**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$10.00**

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**Xcel Energy**

**P.O. Box 9477**

**Minneapolis, MN, 55484-9477**

Date or dates debt was incurred

Last 4 digits of account number    **3**   **6**   **1**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Utility**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$155.87**

---

Debtor   __Koerbitz Ventures, LLC_____   Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **American Express** <br> **P.O. Box 981537** <br> **El Paso,** <br><br> **TX   79998-1540** | Line __3.1__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.2** **Choice Bank** <br> **207 East Front Ave** <br> **Suite B** <br> **PO BOX 1093** <br> **Bismark   ND   58504** | Line __3.4__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.3** **Democracy** <br> **PO BOX 784312** <br><br> **Philadelphia   PA   19178-4312** | Line __3.9__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.4** **PARC Packaging** <br> **PO BOX 24726** <br><br> **Jacksonville   FL   32241** | Line __3.13__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.5** **Vogel Law Firm** <br> **PO BOX 1389** <br><br> **Fargo   ND   58107-1389** | Line __3.20__ <br> ☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Koerbitz Ventures, LLC**                          Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____ **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$711,656.92** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$711,656.92** |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Koerbitz Ventures, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known) _____   Chapter   **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.   Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.   List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Jax & Henly Lease Minot, ND Contract to be REJECTED** | **Dakota Square Mall** |
| | | | **PO BOX 5551** |
| | State the term remaining | 2 payment(s) | |
| | List the contract number of any government contract | | **Carol Stream         IL      60197** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Jax & Henly Store Lease at Rosedale Contract to be REJECTED** | **Rosedale Shopping Center** |
| | | | **29974 Network Place** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago             IL      60673** |

**Fill in this information to identify the case:**

Debtor name      **Koerbitz Ventures, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Koerbitz Ventures, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B............................................................................ | $0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B........................................................ | $131,865.63 |
| 1c. **Total of all property** Copy line 92 from Schedule A/B.................................................................. | $131,865.63 |

## Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................... **$0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F............................................... | $0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... | + $711,656.92 |

4.   **Total liabilities**
Lines 2 + 3a + 3b................................................................................................................... **$711,656.92**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Koerbitz Ventures, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/28/2023**       X **/s/ Connor Koerbitz**
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                        **Connor Koerbitz**
                                        Printed name
                                        **Chief Manager/President**
                                        Position or relationship to debtor

| **Fill in this information to identify the case:** |
| --- |

Debtor name  **Koerbitz Ventures, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1.   Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions and exclusions

| | | | | Sources of revenue | Gross revenue |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From **11/01/2022** MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other _____ | **$702,353.00** |
| For prior year: | From **11/01/2021** MM / DD / YYYY | to | **10/31/2022** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$551,724.00** |
| For the year before that: | From **11/01/2020** MM / DD / YYYY | to | **10/31/2021** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$475,435.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |
| 3.1. **Dakota Square Mall** Creditor's name **PO BOX 5551** Street _____ **Carol Stream**     IL     **60197** City     State   ZIP Code | **11/1/2023** **10/1/2023** | **$12,284.98** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other   **Lease** |

Debtor   **Koerbitz Ventures, LLC**

Name

Case number (if known) _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 3.2. **Wells Fargo** | **10/4/23** | **$15,493.00** | *Check all that apply* |
| Creditor's name | **2500** | | ☐ Secured debt |
| **Crdt Buru Dispute Resolution** | | | ☑ Unsecured loan repayments |
| Street | **10/13/23** | | ☐ Suppliers or vendors |
| **PO BOX 14517** | **400** | | ☐ Services |
| | | | ☐ Other _____ |
| **Des Moines      IA      50306** | **10/20/23** | | |
| City               State   ZIP Code | **1000** | | |
| | **10/21/23** | | |
| | **500** | | |
| | **10/25/23** | | |
| | **750** | | |
| | **10/27/23** | | |
| | **500** | | |
| | **10/28/23** | | |
| | **250** | | |
| | **11/1/23** | | |
| | **400** | | |
| | **11/3/23** | | |
| | **200** | | |
| | **11/7/23** | | |
| | **500** | | |
| | **11/7/23** | | |
| | **200** | | |
| | **11/18/23** | | |
| | **794** | | |
| | **11/18/23** | | |
| | **1000** | | |
| | **11/21/23** | | |
| | **1000** | | |
| | **11/21/23** | | |
| | **500** | | |
| | **11/23/23** | | |
| | **500** | | |
| | **11/26/23** | | |
| | **500** | | |
| | **12/4/23** | | |
| | **1509** | | |
| | **12/18/23** | | |
| | **200** | | |
| | **12/20/23** | | |
| | **150** | | |

Debtor    **Koerbitz Ventures, LLC**                                      Case number (if known) _____
      Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Kim Koerbitz** | **1/21/23** | $9,633.33 | **Expense Reimbursements** |
| Insider's name | **$681.65** | | |
| | | | |
| Street | **2/13/23** | | |
| | **$1531.13** | | |
| City                State      ZIP Code | **4/2/23** | | |
| | **$1417.62** | | |
| **Relationship to debtor** | | | |
| **Mother of Owner of Buisiness** | **4/2/23** | | |
| | **$1264.06** | | |
| | | | |
| | **6/1/23** | | |
| | **$117.61** | | |
| | | | |
| | **8/5/2023** | | |
| | **$479.98** | | |
| | | | |
| | **10/1/2023** | | |
| | **$1519.22** | | |
| | | | |
| | **10/14/2023** | | |
| | **$1983.32** | | |
| | | | |
| | **10/15/2023** | | |
| | **$388.78** | | |
| | | | |
| | **12/1/2023** | | |
| | **$249.96** | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

| Debtor | **Koerbitz Ventures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Quamme v. Koerbitz Ventures LLC DBA Jax & Henley** | **Disability Claim through Department of Human Rights Settled for $2500.** | <u>**North Dakota Labor and Human Rights**</u> | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | **Check was sent to lawfirm on 12/26 for Quamme.** | Street | ☑ Concluded |
| | **Case number** | | | |
| | | | City          State   ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | Koerbitz Ventures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 6:    Certain Payments or Transfers

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Buettner Law Group, LLC** | **$5338.00 Attorney Fee and Filing Fee** | **12/15/2023** | **$5,338.00** |

**Address**

**2828 University Ave SE**
Street
**STE 202**

| **Minneapolis** | **MN** | **55514** |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**

**Who made the payment, if not debtor?**

**12.    Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.    Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14.    Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor   **Koerbitz Ventures, LLC**_____   Case number (if known) _____
        Name

---

**Part 8:       Health Care Bankruptcies**

---

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

**Part 9:       Personally Identifiable Information**

---

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained
   **Name, phone number, birthday**

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☑ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
   ☐ No.  Go to Part 10.
   ☐ Yes.  Fill in below:

---

**Part 10:      Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

| Debtor | **Koerbitz Ventures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Onward USA** | **2400 10th Street SW** | **Size Run Suits  20 suit coats and 20 pants.  They were essentially samples** | **$3,000.00** |
| Name | | | |
| **8 West 38th Street Second Floor** | | | |
| Street | **Minot          ND    58701** | | |
| | | | |
| **New York        NY    10018** | | | |
| City        State   ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**

Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

Debtor   **Koerbitz Ventures, LLC**                                                    Case number (if known) _____
         Name

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service | |
|---|---|---|---|
| 26a.1. | **All In One Accounting, Inc. dba** | From  **2014** | To  **12/28/2023** |
| | Name | | |
| | **1715 Yankee Doodle Road, Ste 305** | | |
| | Street | | |
| | **Eagan**                  **MN**      **55121** | | |
| | City                        State     ZIP Code | | |

| | Name and address | Dates of service | |
|---|---|---|---|
| 26a.2. | **LSS CPA's Tax Accounting (Taxes)** | From  **2020** | To  **2023** |
| | Name | | |
| | **170 E 7th Pl.** | | |
| | Street | | |
| | **St. Paul**               **MN**      **55024** | | |
| | City                        State     ZIP Code | | |

| | Name and address | Dates of service | |
|---|---|---|---|
| 26a.3. | **Spruce Valley Payroll (Payroll)** | From  **2014** | To  **2023** |
| | Name | | |
| | **821 3rd St.** | | |
| | Street | | |
| | **Farmington,**            **MN**      **55024** | | |
| | City                        State     ZIP Code | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Debtor | **Koerbitz Ventures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.    **All In One Accounting, Inc. dba**
Name
**1715 Yankee Doodle Road, Ste 305**
Street

| **Eagan** | **MN** | **55121** |
|---|---|---|
| City | State | ZIP Code |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes.  Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Debi Folden (Minot)/Kim Dessellier (Rose** | **9/27/2023** | **$144,082.00** |

**Name and address of the person who has possession of inventory records**

27.1.    **Connor Koerbitz**
Name
**225 2nd Street SE**
Street

| **Minneapolis** | **MN** | **55414** |
|---|---|---|
| City | State | ZIP Code |

**28.**    List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Connor Koerbitz** | **225 Second Ave SE Apartment 434 Minneapolis, MN 55414** | **CEO and CFO / Owner of LLC** | **67%** |
| **Natalie Koerbitz** | **2107 150th Ave NW Andover, , MN 55304** | **Vice President** | **19%** |
| **Gary Koerbitz & Kim Koerbitz (J** | **2107 150th Ave NW Andover, MN 55304** | **Treasurer/ Secretary** | **14%** |

| Debtor | **Koerbitz Ventures, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Connor Koerbitz**<br>Name<br>**225 Second Ave SE**<br>Street<br>**Apartment 434**<br><br>**Minneapolis    MN    55414**<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Ownership interest in Company** | **Payment for being District Manager**<br>**$55,000.00** | **Mr. Koerbitz was manager of store and recieved $2500 every two weeks.**<br><br>**$55,000 earned in 2023** | **District Manager of Jax & Henly** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Kim Koerbitz**<br>Name<br>**2107 150th Ave NW**<br>Street<br><br>**Andover    MN    55304**<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Secretary** | **Took Over has District Manager end of November 2023**<br>**$7,250.00** | **12-26-23:<br>$1250<br>12-20-23:<br>$2500<br>12-6-23:<br>$2500** | **When Mr. Koerbitz got a new job, Ms. Koerbiz took over his position until the business closed** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

Debtor    **Koerbitz Ventures, LLC**_____    Case number (if known) _____
Name

## Part 14:    Signature and Declaration

**WARNING --**Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/28/2023**_____
MM / DD / YYYY

**X** **/s/ Connor Koerbitz**_____    Printed name **Connor Koerbitz**_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Chief Manager/President**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## MINNEAPOLIS DIVISION

In re  **Koerbitz Ventures, LLC**                    Case No.  _____

                                                     Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................. **$5,338.00**

Prior to the filing of this statement I have received....................................................... **$5,338.00**

Balance Due............................................................................................................ **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 12/28/2023 | /s/ Brea A. Buettner-Stanchfield | |
| --- | --- | --- |
| *Date* | *Brea A. Buettner-Stanchfield* | Bar No.  0388920 |
| | Buettner Law Group, LLC | |
| | 2828 University Ave SE | |
| | STE 202 | |
| | Minneapolis, MN 55414 | |

---

**/s/ Connor Koerbitz**

*Connor Koerbitz*
*Chief Manager/President*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

IN RE:   **Koerbitz Ventures, LLC**                                              CASE NO

                                                                                  CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  12/28/2023 _____          Signature   **/s/ Connor Koerbitz**_____

                                                              *Connor Koerbitz*
                                                              *Chief Manager/President*



Date _____          Signature   _____

American Express
P.O. Box 981537
El Paso, TX 79998


American Express
P.O. Box 981537
El Paso,
TX 79998-1540


AT&T Mobility
P.O. Box 6438
Carol Stream, IL
60197-6438


Caitlyn Quamme
316 N 5th St
Bismark, ND 581501


Choice Bank
4501 23rd Ave S Fargo
Fargo, ND 58104


Choice Bank
207 East Front Ave
Suite B
PO BOX 1093
Bismark, ND 58504


Comcast Business
PO BOX 60533
City of Industry, CA 91716


Conner Korbitz


Dakota Square Mall
PO BOX 5551
Carol Stream, IL 60197

Democracy
PO BOX 784312
Philadelphia, PA 19178-4312


DEX BLACK TAPE
75 Remitance Drive Dept 6555
Chicago, IL 60675-6555


Faire
100 Potrero Ave
San Francisco, CA 94103


Kellwood Company
13071 East Temple Avenue
City of Industry, CA 91746


Kim Koerbitz
2107 150th Ave NW
Andover, MN 55304


Minnehaha Building Maintenance Inc
1200 Centre Pointe Curve #350
Mendota Heights, MN 55120


Montana Dakota Utilites
PO BOX 7608
Boise ID 83707


Onward USA
8 West 38th Street
Second Floor
New York, NY 10018


PARC Packaging
2853 Dawn Rd
Jacksonville, FL 32207

PARC Packaging
PO BOX 24726
Jacksonville, FL 32241

Playnetwork
2100 S 35 Frontage Rd
STE 201
Austin, TX 78704

Precision Waste
PO BOX 18856
Shreveport, LA 71138

Rosedale Shopping Center
29974 Network Place
Chicago, IL 60673

SRT Communications
PO BOX 2027
Minot, ND 58702

U.S. Small Business Administration
 P.O. Box 3918
Portland, OR 97208-3918.

Verendrye Electric
615 Highway 52 West
Velva, ND 58790

Vogel Law Firm
200 N 3rd Street
Suite 201
PO BOX 2097
Bismark, ND58502

Vogel Law Firm
PO BOX 1389
Fargo, ND 58107-1389

```
Wells Fargo
Crdt Buru Dispute Resolution
PO BOX 14517
Des Moines, IA 50306


Wells Fargo Processing




Wells Fargo Processing
PO BOX 6600
Hagerstown, MD 21741-6600


Xcel Energy
P.O. Box 9477
Minneapolis, MN, 55484-9477
```